RECEIVED
IN MONROE, LA

DEC 0 6 2006

ROBERT H. SHELWELL, CLERK
WESTERN DISTRICT OF LOUISIANA



# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| MARTIN LOPEZ MARTINEZ | CIVIL ACTION NO. 06-1356 |
| A 74 018 626 | SECTION P |
| VS. | JUDGE JAMES |
| ALBERTO GONZALES, ET AL. | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus be **DISMISSED WITH PREJUDICE** as moot.

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this __5__ day of __December__, 2006.

**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**